IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA WILLIAMS,

        Plaintiff,

v.

WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT,

        Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-830-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin Department of Workforce Development granting its motion for summary judgment and dismissing this case.

| /s/ | 11/13/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |