DOC NO
REC'D/FILED
2017 NOV 16 PM 1:40
PETER OPPENEER
CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Patricia Williams

Plaintiff,

v.

State of WI Dept. of Workforce Development

Defendant.

NOTICE OF APPEAL

Case No. 3:16-CV-00830-bbc

Notice is given that the ~~plaintiff~~/defendant, Patricia Williams, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 13, 2017.

Dated and signed this 16th day of November, 2017.

Madison, Wisconsin.

Patricia Williams
(Signature)

P.O. Box 259583
(Street Address)

Madison, WI 53725
(City, State, Zip)